UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DONALD KENDZIORA,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

        Defendant.

CASE NO.: 1:13-CV-0067
(NAM/RFT)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiff Donald Kendziora and defendant National Railroad Passenger Corporation ("Amtrak"), that the above-entitled action is hereby dismissed, in its entirety, with prejudice and each party to bear its own attorneys' fees and costs and that no party hereto is an infant or incompetent.

FLYNN & WIETZKE, PC
Attorneys for Plaintiff
Donald Kendziora

By: _____
    Marc Wietzke, Esq.

Dated:

LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendant
National Railroad Passenger
Corporation ("Amtrak")

By: _____
    John A. Bonventre, Esq.

Dated: 4-4-14

IT IS SO ORDERED:

_____
Norman A. Mordue
**Senior U.S. District Judge**

**Dated:** April 7, 2014
**Syracuse, NY**

DOCSNJ/571098/1